COGAN, J.

MANN, M.J.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

COREY FLAUM,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. 19 ( ) 338

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant COREY FLAUM's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           July 22, 2019

                                          ROBERT A. ZINK
                                          Acting Chief, Fraud Section
                                          Criminal Division
                                          U.S. Department of Justice

                 By:      _____
                                          AVI PERRY
                                          MATTHEW F. SULLIVAN
                                          Trial Attorneys, Fraud Section
                                          Criminal Division
                                          U.S. Department of Justice
                                          1400 New York Avenue NW
                                          Washington, DC 20011
                                          avi.perry@usdoj.gov
                                          matthew.sullivan2@usdoj.gov
                                          (202) 203-9204 (Perry)
                                          (202) 353-6200 (Sullivan)

Cc:    Clerk of the Court
        Nicholas Lewin, counsel for the defendant