COGAN, J.

MANN. M.J.

**INFORMATION SHEET**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT E.D.N.Y.
FILED
IN CLERK'S OFFICE
JUL 22 2019
BROOKLYN OFFICE*

1.  Title of Case: United States v. Corey Flaum

2.  Related Magistrate Docket Number(s): n/a

3.  Arrest Date: n/a

4.  Nature of offense(s):  ☑ Felony
                          ☐ Misdemeanor

5.  Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y.
    Division of Business Rules): n/a

6.  Projected Length of Trial:   Less than 6 weeks   ☑
                                 More than 6 weeks   ☐

7.  County in which crime was allegedly committed: Kings
    (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8.  Was any aspect of the investigation, inquiry and prosecution giving rise to the case
    pending or initiated before March 10, 2012.[1]          ☐Yes  ☑No

9.  Has this indictment/information been ordered sealed?          ☐Yes  ☑No

10. Have arrest warrants been ordered?                            ☐Yes  ☑No

11. Is there a capital count included in the indictment?  ☐Yes  ☑No

ROBERT A. ZINK
ACTING CHIEF, FRAUD SECTION

By: _Matthew F. Sulli___
    Matthew F. Sullivan
    Trial Attorney, Fraud Section
    (202) 353-6200

---

[1]  Judge Brodie will not accept cases that were initiated before March 10, 2012.