# Criminal Calendar for a Guilty Plea

Before Judge **Brian M. Cogan** U.S.D.J.

Date: **7/25/2019**    Time **10:00**

DOCKET NUMBER: **19CR 338(BMC)**

DEFENDANT'S NAME: **Corey Plaum**
✓ Present ___ Not Present ___ In Custody ✓ Bail

DEFENSE COUNSEL: **Nicholas Lewin**
___ Legal Aid ___ CJA ✓ Retained

AUSA(s) **Perry, Sullivan + Kramer**    Deputy Clerk: M. Clarke

INTERPRETER: _____ (Language) _____

COURT REPORTER/ESR OPERATOR: **Denise Parisi**

✓ Case Called

Defendant: ✓ sworn  ✓ arraigned  ✓ informed of rights
✓ Waives trial before District Court.

✓ Waiver of indictment executed
___ Superseding Indictment/Information filed
___ Defendant failed to appear, Bench Warrant Issued
✓ Defendant enters a plea of GUILTY to Count(s) ___ of the **Information**
___ Defendant WITHDRAWS not guilty plea and enters a GUILTY PLEA to Counts(s) ___ of the _____
✓ Court finds factual basis for the plea

✓ Sentencing set for **10/29/2019 @ 10:00**

___ Deft continued on $ _____ Bond.    ___ Deft continued in Custody

___ Bail set in the amount of $ _____ for _____

___ Case adjourned until _____ for _____

Plea Agreement marked as Gov's Exhibit #1 and returned to the AUSA. Pursuant to Federal Rule 11 of Criminal Procedure Judge **Cogan** did administer the allocution and accepted the plea. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.

Parties will report to the duty Magistrate regarding bail conditions.