# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: **Peggy Kuo**  DATE: **7/25/19**

DOCKET NUMBER: **19CR338 (BMC)**  LOG #: **11:23 - 11:31am**

DEFENDANT'S NAME: **Corey Flaum**
✓ Present  ___ Not Present  ___ Custody  ___ Bail

DEFENSE COUNSEL: **Nick Lewin**
___ Federal Defender  ___ CJA  ✓ Retained

A.U.S.A: **Matthew Sullivan**  CLERK: **E. Williams**

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held.  ___ Defendant's first appearance.

  ✓ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ✓ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:
After self-surrender, bond set and defendant released on recognizance.