UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                   19 CR 338 (BMC)

COREY FLAUM,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## GOVERNMENT'S SECOND UNOPPOSED MOTION
## TO CONTINUE THE DEFENDANT'S SENTENCING HEARING

The United States of America respectfully submits this Unopposed Motion to Continue the Defendant's Sentencing Hearing (the "Motion") and states as follows:

1.      On July 25, 2019, Defendant pled guilty, pursuant to a plea agreement, to an information charging one count of attempted price manipulation in violation of 7 U.S.C. § 13(a)(2).

2.      The Defendant is not in custody and was released on his own personal recognizance pending sentencing.

3.      Sentencing in this matter was originally set for October 29, 2019.  On October 28, 2019, the Court entered a Rescheduling Order and set sentencing for January 27, 2020.  Upon the Government's motion, the Court then continued sentencing to July 27, 2020.

4.      The Defendant continues to cooperate with the Government in ongoing investigations.

5.      The Government respectfully requests that the sentencing hearing be continued for an additional six months, to January 27, 2021, in order to allow the Government additional time to conduct its ongoing investigations.

6.      The undersigned has conferred with Defendant's attorney and he has no objection to the requested relief.

For the foregoing reasons, the Government's Second Unopposed Motion to Continue the Defendant's Sentencing Hearing should be granted.


Dated: July 15, 2020

Respectfully submitted,

ROBERT A. ZINK
Chief, Fraud Section
Criminal Division
U.S. Department of Justice


By:      /s/*Matthew F. Sullivan*_____
Matthew F. Sullivan
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20011
(202) 353-6200
matthew.sullivan2@usdoj.gov

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 15, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

By:     /s/*Matthew F. Sullivan*
Matthew F. Sullivan
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave., NW
Washington, DC 20005
(202) 353-6200
matthew.sullivan2@usdoj.gov