UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                19 CR 338 (BMC)

COREY FLAUM,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## GOVERNMENT'S THIRD UNOPPOSED MOTION
## TO CONTINUE THE DEFENDANT'S SENTENCING HEARING

The United States of America respectfully submits this Third Unopposed Motion to Continue the Defendant's Sentencing Hearing and states as follows:

1. On July 25, 2019, the defendant pled guilty, pursuant to a plea agreement, to an information charging one count of attempted price manipulation in violation of 7 U.S.C. § 13(a)(2).

2. The defendant is not in custody and was released on his own personal recognizance with conditions pending sentencing.

3. Sentencing in this matter is currently scheduled for January 27, 2021.

4. The defendant continues to cooperate with the government and is expected to testify in an ongoing case in the Northern District of Illinois, which currently is scheduled for trial on October 18, 2021.

5. The Government respectfully requests that the sentencing hearing be continued for an additional six months, to July 27, 2021, in order to allow the defendant to continue his cooperation.

-2-

6.       The undersigned has conferred with counsel for the defendant.  The defendant has no objection to the requested relief.

For the foregoing reasons, the Government's Third Unopposed Motion to Continue the Defendant's Sentencing Hearing should be granted.

Dated: January 15, 2021

                                                Respectfully submitted,

                                                DANIEL S. KAHN
                                                Acting Chief, Fraud Section
                                                Criminal Division
                                                U.S. Department of Justice

                          By:     */s/Matthew F. Sullivan*
                                                Matthew F. Sullivan
                                                Trial Attorney
                                                Fraud Section, Criminal Division
                                                U.S. Department of Justice
                                                1400 New York Avenue NW
                                                Washington, DC 20011
                                                (202) 578-6583
                                                matthew.sullivan2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

By:  /s/*Matthew F. Sullivan*
     Matthew F. Sullivan