UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                    19 CR 338 (BMC)

COREY FLAUM,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## GOVERNMENT'S FIFTH UNOPPOSED MOTION
## TO CONTINUE THE DEFENDANT'S SENTENCING HEARING

The United States of America respectfully submits this Fifth Unopposed Motion to Continue the Defendant's Sentencing Hearing and states as follows:

1. On July 25, 2019, the defendant pled guilty, pursuant to a plea agreement, to an information charging one count of attempted price manipulation in violation of 7 U.S.C. § 13(a)(2).

2. The defendant is not in custody and was released on his own personal recognizance with conditions pending sentencing.

3. Sentencing in this matter is currently scheduled for January 27, 2022.

4. The defendant continues to cooperate with the government and is expected to testify in an ongoing case in the Northern District of Illinois, which currently is scheduled for trial on July 5, 2022.

5. The Government respectfully requests that the sentencing hearing be continued for an additional five months, to June 27, 2022, in order to allow the defendant to continue his cooperation.

6. The undersigned has conferred with counsel for the defendant. The defendant has no objection to the requested relief.

For the foregoing reasons, the Government's Fifth Unopposed Motion to Continue the Defendant's Sentencing Hearing should be granted.

Dated: January 20, 2022

                                                  Respectfully submitted,

                                                  JOSEPH S. BEEMSTERBOER
                                                  Acting Chief, Fraud Section
                                                  Criminal Division
                                                  U.S. Department of Justice

                              By:    /s/*Matthew F. Sullivan*
                                                  Matthew F. Sullivan
                                                  Trial Attorney
                                                  Fraud Section, Criminal Division
                                                  U.S. Department of Justice
                                                  1400 New York Avenue NW
                                                  Washington, DC 20011
                                                  (202) 578-6583
                                                  matthew.sullivan2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 20, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

By:  /s/*Matthew F. Sullivan*
     Matthew F. Sullivan