UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                                    19 CR 338 (BMC)

COREY FLAUM,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## GOVERNMENT'S NINTH UNOPPOSED MOTION
## TO CONTINUE THE DEFENDANT'S SENTENCING HEARING

The United States of America respectfully submits this Ninth Unopposed Motion to Continue the Defendant's Sentencing Hearing and states as follows:

1. On July 25, 2019, the defendant pled guilty, pursuant to a plea agreement, to an information charging one count of attempted price manipulation, in violation of 7 U.S.C. § 13(a)(2).

2. The defendant is not in custody and was released on his own personal recognizance with conditions pending sentencing.

3. Sentencing in this matter is currently scheduled for May 18, 2023.

4. The defendant has been cooperating with the Government and, in July 2022, testified as a witness for the Government at trial in *United States v. Smith*, 19 CR 669 (N.D. Ill.).

5. Two defendants in the *Smith* case were convicted and their sentencings are currently scheduled for June 2 and 5, 2023. The sentencing dates for the two *Smith* defendants had been scheduled for May 2 and 3, 2023—meaning the sentencings would have occurred

prior to the current sentencing date in this case—however, on March 6, 2023, the sentencing dates were continued to the early June 2023 dates.

6. The Government respectfully requests that the sentencing hearing for the defendant in this case be continued until after the recently-revised sentencing dates in the *Smith* case. Specifically, the government has conferred with counsel for the defendant regarding potential sentencing dates and respectfully requests that the sentencing date for the defendant be scheduled for June 21 (assuming that is amenable to the Court's schedule).

7. The undersigned has conferred with counsel for the defendant. The defendant has no objection to the requested relief.

For the foregoing reasons, the government respectfully requests that the Court grant this Ninth Unopposed Motion to Continue the Defendant's Sentencing Hearing and schedule the sentencing hearing in this case for June 21, 2023.

Dated: March 10, 2023

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By:   /s/*Matthew F. Sullivan*
Matthew F. Sullivan
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20011
(202) 578-6583
matthew.sullivan2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record via transmission of Notice(s) of Electronic Filing.

                                       By:    /s/*Matthew F. Sullivan*
                                                    Matthew F. Sullivan