

U.S. Department of Justice

Criminal Division

---

*Fraud Section*  1400 New York Avenue NW
Washington, D.C. 20530

September 12, 2023

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Corey Flaum
     Criminal Docket No. 19 CR 338 (BMC)

Dear Judge Cogan:

  Pursuant to Section VI.C of the Court's Individual Practices, the government submits this letter to confirm that the defendant's sentencing is to proceed as scheduled on September 19, 2023, at 9:00 a.m.

           Respectfully submitted,

           GLENN S. LEON
           Chief, Fraud Section
           Criminal Division
           U.S. Department of Justice

     By:  /s/*Matthew F. Sullivan*
           Matthew F. Sullivan
           Lucy Jennings
           Christopher Fenton
           1400 New York Avenue NW
           Washington, DC 20005
           (202) 578-6583
           matthew.sullivan2@usdoj.gov

cc: Clerk of the Court (BMC) (by ECF & Email)
   Nick Lewin & Jonathan Bolz (by ECF & Email)
   Darren P. Galerkin, United States Probation Officer (by Email)