

U.S. Department of Justice

Criminal Division

---

*Fraud Section*

1400 New York Avenue NW
Washington, D.C. 20530

September 21, 2023

By ECF

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Corey Flaum
                  Criminal Docket No. 19 CR 338 (BMC)

Dear Judge Cogan:

      Pursuant to Section VI.C of the Court's Individual Practices, the government submits this letter to confirm that the defendant's sentencing is to proceed as scheduled on September 27, 2023, at 1:00 p.m.

                                      Respectfully submitted,

                                      GLENN S. LEON
                                      Chief, Fraud Section
                                      Criminal Division
                                      U.S. Department of Justice

                       By:     /s/*Matthew F. Sullivan*
                                      Matthew F. Sullivan
                                      Lucy Jennings
                                      Christopher Fenton
                                      1400 New York Avenue NW
                                      Washington, DC 20005
                                      (202) 578-6583
                                      matthew.sullivan2@usdoj.gov

cc:     Clerk of the Court (BMC) (by ECF)
         Nick Lewin & Jonathan Bolz (by ECF)
         Darren P. Galerkin, United States Probation Officer (by ECF)